94–792. State v. Liebtag. *Stark County*, No. CA–9365. On motion for reconsideration of the denial of the request for extension of time. Motion denied.

94–943. Fishel v. Fishel. *Tuscarawas County*, No. 93AP090061. On motion to dismiss. Motion denied.

WRIGHT and F.E. SWEENEY, JJ., dissent.

94–945. State v. Ruiz. *Summit County*, No. 16063. On motion for leave to file notice of appeal and memorandum in support instanter. Motion granted.

94–957. Kleinlein v. Bd. of Zoning Appeals. *Union County*, No. 14–93–38. On motion for leave to file brief *amicus curiae* by Citizens for Millcreek Fair Zoning. Motion granted.

94–997. State v. Coley. *Cuyahoga County*, No. 64717. On motion for leave to file delayed appeal. Motion granted.

94–1011. State v. Davis. *Cuyahoga County*, No. 43982. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

94–1024. State v. Adams. *Cuyahoga County*, Nos. 64759 and 64760. On motion for leave to file delayed appeal and request for extension of time. Motion and request granted.

94–1025. In re Aultman Hosp. *Franklin County*, No. 93APH081210. On motion for leave to file brief *amicus curiae* by Association of Ohio Children's Hospitals. Motion granted.

94–1047. Danis Clarkco Landfill v. Solid Waste Mgt. *Clark County*, No. 3048. On motion for leave to exceed page limit instanter. Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

On motions for leave to file brief *amicus curiae* by Ohio Edison Company, CF/Water, and Ohio State and Construction Trades Council et al., and motion to file instanter memorandum in support of jurisdiction by *amici curiae*. Motions granted.

## RECONSIDERATION DOCKET

92–1276. Arpadi v. First MSP Corp. *Cuyahoga County*, No. 59939. Reported at 68 Ohio St.3d 453, 628 N.E.2d 1335. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

F.E. SWEENEY, J., not participating.

93–628. State ex rel. Bednar v. N. Canton. *Stark County*, No. CA–9047. Reported at 69 Ohio St.3d 278, 631 N.E.2d 621. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

93–1218. Snyder v. Johnstown-Monroe Local School Dist. Bd. of Edn. *Licking County*, No. 92–CA–92. Reported at 69 Ohio St.3d 277, 631 N.E.2d 621. On motion for rehearing. Rehearing denied.

MOYER, C.J., dissents.

94–244. In re Stegall. *Franklin County*, No. 93AP–211. Reported at 69 Ohio St.3d 1430, 631 N.E.2d 640. On motion for rehearing. Rehearing denied.

A.W. SWEENEY, DOUGLAS and PFEIFER, JJ., dissent.

94–287. Beachwood v. Russell. *Cuyahoga County*, No. 64291. Reported at 69 Ohio St.3d 1428, 631 N.E.2d 639. On motion for rehearing. Rehearing denied.

94–343. Mancini v. Ohio Dept. of Rehab. & Corr. *Franklin County*, No. 93API081113. Reported at 69 Ohio St.3d 1438, 632 N.E.2d 522. On motion for rehearing. Rehearing denied.

94–353. State v. Stauffer. *Lake County*, No. 93–L–002. Reported at 69 Ohio St.3d 1428, 631 N.E.2d 639. On motion for rehearing and alternatively on motion to strike. Motions denied.